Núm. 7617.—Cora, apldo. *v.* Belgodere, aplte.—C. D. Guayama. Junio 7, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las mociones que anteceden con la asistencia de ambas partes, no apareciendo que el juez de distrito se haya negado a aprobar la exposición del caso, se declara sin lugar la moción para que esta Corte imparta su aprobación a la misma y, atendidas las circunstancias atenuantes del caso, especialmente las relacionadas con las condiciones en que trabaja el abogado de la demandada—con su bufete y residencia en San Juan—en representación de un cliente que vive en Arroyo, sin recursos para pagar honorarios o los gastos de viajes entre San Juan y Guayama donde pende el pleito, se concede a la demandada apelante un nuevo término de quince días para radicar en la Corte de Distrito de Guayama su exposición del caso enmendada y en tal virtud se declara sin lugar por ahora la moción sobre desestimación.

El Juez Asociado Sr. Travieso no intervino.

Núm. 7540.—Cintrón et al., apltes. *v.* West India Oil Co., aplda.—C. D. Ponce. Julio 14, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, examinado el escrito de oposición radicado por los apelantes el día 12 de los corrientes así como la certificación anexa a la misma, y atendidas las circunstancias especiales del caso, distintas hasta cierto punto de las existentes en los casos de *Centeno* v. *Banco Territorial*, 47 D.P.R. 153, *Agresar* v. *American Commercial*, Id. 204 y *López* v. *Domenech*, 48 D.P.R. 489, citados por el apelado en apoyo de su moción, no ha lugar por ahora a la desestimación solicitada.